FILED
8/13/19 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| RALPH LOUIS LUICK, SR. ) | Bankruptcy No. 19-22989GLT |
| Debtor ) | Chapter 13 |
| RALPH LOUIS LUICK, SR. ) | |
| Movant ) | Related to Docket No. 13 |
| vs. ) | |
| ) | |
| NO RESPONDENT ) | |

**ORDER OF COURT**

**AND NOW**, to wit, this 13th Day of August, 2019, upon consideration of the Debtor's Motion for Extension of Time to file the deficient documents to his Chapter 13 petition, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor shall have until August 24, 2019, 2019, to file said documents.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22989-GLT
Ralph Louis Luick, Sr.                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: hsmi              Page 1 of 1           Date Rcvd: Aug 13, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +Ralph Louis Luick, Sr.,    1287 Route 68,    Rochester, PA 15074-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5