# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| RALPH LOUIS LUICK, SR. | ) Bankruptcy No. 19-22989 |
|         Debtor | ) Chapter 13 |
| RALPH LOUIS LUICK, SR. | ) |
|         Movant | ) Document No. |
| vs. | ) |
| | ) Hearing Date: 8/23/2019 @ 11:00AM |
| NO RESPONDENT | ) |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay Beyond Thirty Days filed on 7/30/2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 8/16/2019.

    It is hereby respectfully requested that the Order attached to the Motion to Extend the Automatic Stay Beyond Thirty Days be entered by the Court.

Dated. 8/23/2019

                                            Respectfully submitted,

                                            /s/ Robert B, Marcus
                                        Robert B. Marcus, Esquire
                                        attnyrobmarcus@yahoo.com
                                        PA ID No. 10294
                                        436 Seventh Avenue
                                        220 Koppers Building
                                        Pittsburgh, PA 15219
                                        412/391-9991

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br> RALPH LOUIS LUICK, SR.<br>     Debtor<br>RALPH LOUIS LUICK, SR.<br>     Movant<br>vs.<br><br>NO RESPONDENT | )<br>) Bankruptcy No. 19-22989<br>) Chapter 13<br>)<br>) Document No.<br>)<br>) Hearing Date: 8/23/2019 @ 11:00AM<br>) |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS

 I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified on the attached list on 8/23/2019

The type of service made on the parties was: U.S. First Class Mail, postage prepaid.

Respectfully submitted,

/s/ Robert B, Marcus
Robert B. Marcus, Esquire
attnyrobmarcus@yahoo.com
PA ID No. 10294
436 Seventh Avenue
220 Koppers Building
Pittsburgh, PA 15219

```
Label Matrix for local noticing          Allegheny Health Network              Allied Interstate
0315-2                                    P.O. Box 645266                        P.O. Box 361445
Case 19-22989-GLT                         Pittsburgh, PA 15264-5250              Columbus, OH 43236-1445
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Aug 23 10:48:24 EDT 2019

Ally Financial                            Bayview Financial Loan                 Capital One
Attn: Bankruptcy Dept                     Attn: Bankruptcy Dept                  Attn: Bankruptcy
Po Box 380901                             4425 Ponce De Leon Blvd. 5th Floor     Po Box 30285
Bloomington, MN 55438-0901                Coral Gables, FL 33146-1873            Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.              Collection Service Center, Inc.        Duquesne Light Company
by American InfoSource as agent           Attn: Bankruptcy                       c/o Bernstein-Burkley, P.C.
PO Box 71083                              Po Box 560                             707 Grant Street, Suite 2200, Gulf Tower
Charlotte, NC  28272-1083                 New Kensington, PA 15068-0560          Pittsburgh, PA 15219-1945


Eastern Revenue Inc                       Keri P. Ebeck                          Fleet Services of America
Attn: Bankruptcy Dept.                    Bernstein-Burkley                      Mag. District 36-2-02
601 Dresher Rd. Suite 301                 707 Grant Street                       175 Friendship Circle
Horsham, PA 19044-2238                    Suite 2200 Gulf Tower                  Beaver, PA 15009-1395
                                          Pittsburgh, PA 15219-1945

Genesis Medical Assoc.                    IRS                                    Kohls/Capital One
8150 Perry Highway                        P.O. Box 7346                          Kohls Credit
Pittsburgh, PA 15237-5232                 Philadelphia, PA 19101-7346            Po Box 3120
                                                                                 Milwaukee, WI 53201-3120


Ralph Louis Luick Sr.                     Robert B. Marcus                       Nationwide Recovery
1287 Route 68                             436 Seventh Avenue                     501 Shelley Dr  Ste 300
Rochester, PA 15074-2702                  Suite 220 Koppers Building             Tyler, TX 75701-9553
                                          Pittsburgh, PA 15219-1818


Office of the United States Trustee       PA Dept. of Revenue                    PRA Receivables Management, LLC
Liberty Center.                           Bureau of Compliance                   PO Box 41021
1001 Liberty Avenue, Suite 970            Dept. 280946                           Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721                 Harrisburg, PA 17128-0001


Pennsylvania Department of Revenue        Pennsylvania Dept. of Revenue          Pettit, Spontak & Mihok
Bankruptcy Division PO BOX 280946         Department 280946                      BNY Mellon Center
Harrisburg, PA 17128-0946                 P.O. Box 280946                        Suite 2900
                                          ATTN: BANKRUPTCY DIVISION              Pittsburgh, PA 15212
                                          Harrisburg, PA 17128-0946

Resurgent                                 Spirit Shop                            Synchrony Bank
Care Of Resurgent Capital Serv            P.O. Box 535816                        c/o of PRA Receivables Management, LLC
Greenville, SC 29602                      Grand Prairie, TX 75053-5816           PO Box 41021
                                                                                 Norfolk, VA 23541-1021


UPMC                                      United Rev                             James Warmbrodt
P.O. Box 371472                           Po Box 1184                            KML Law Group, P.C.
Pittsburgh, PA 15250-7472                 Langhorne, PA 19047-6184               701 Market Street
                                                                                 Suite 5000
                                                                                 Philadelphia, PA 19106-1541
```

<220>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)Melanie Ann Stemler | End of Label Matrix |
| | | Mailable recipients   30 |
| | | Bypassed recipients    2 |
| | | Total                 32 |