# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| RALPH LOUIS LUICK, SR. | ) Bankruptcy No. 19-22989 |
| Debtor | ) Chapter 13 |
| RALPH LOUIS LUICK, SR. | ) Related to |
| Movant | ) Document No. 4 |
| vs. | ) |
| | ) Hearing Date: 8/23/2019 @ 11:00AM |
| NO RESPONDENT | ) |

## ORDER OF COURT

**AND NOW**, to wit this __21st__ Day of __August__ 2019, upon Motion of the Debtor to Extend the Automatic Stay Beyond Thirty Days Under Section 362(c)(3) of the Bankruptcy Code, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Automatic Stay is imposed on a permanent basis throughout the pendency of this case as to all creditors, pending further Order of Court.

**BY THE COURT:**

_Jeffery A. Deller_    sjk
U.S. Bankruptcy Judge

FILED
8/21/19 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                      Case No. 19-22989-GLT
Ralph Louis Luick, Sr.                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1           Date Rcvd: Aug 21, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db            +Ralph Louis Luick, Sr.,    1287 Route 68,   Rochester, PA 15074-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
          James Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5