## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Roger Louis Luick SR

Case No. _____

Month: June     Year: 2019

Gross receipts for month: 29,550
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $29,550

Business expenses paid:

| Description | Amount |
|---|---|
| INS BIZ & AUTO | 1,200 |
| YMCA | 88 |
| FUEL | 1,750 |
| INS ACCIDENT | 75 |
| REPAIRS AUTO & EQUIP | 275 |
| GAS | 70 |
| ELEC | 260 |
| CABLE | 200 |
| PHONE | 120 |
| LABOR | 8200 |
| MATERIALS | 6500 |

TOTAL EXPENSES: $18,738

Net profit or (loss) for month: $ +10,812

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

16

# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: **RALPH LOUIS LUICK SR**

Case No. _____

Month **MAY**    Year **2019**

Gross receipts for month:    **20650.00**
(If more than one source, list each)
    **3000 Tool & Equipment Sale**
    **23650**

TOTAL GROSS RECEIPTS:  $ **20650**
    **23650 NW**

Business expenses paid:

| Description | Amount |
|---|---|
| INS BIZ & AUTO | 750 |
| YMCA | 88 |
| FUEL | 1500 |
| INS ACCIDENT | 75 |
| REPAIRS AUTO & EQUIP | 800 |
| GAS | 200 |
| ELEC | 150 |
| CABLE | 250 |
| PHONE | 125 |
| ~~BANKRUPTCY~~ | 2000 |
| LABOR | 7500 |

MATERIALS 7900

TOTAL EXPENSES: $ **19,338**

Net profit or (loss) for month: $ **+2,312**

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: RALPH LOUIS LUICK SR

Case No. _____

Month APRIL   Year 2019

Gross receipts for month: 15000
(If more than one source, list each)
300 WOOD SALES

TOTAL GROSS RECEIPTS: $15300

Business expenses paid:

| Description | Amount |
|---|---|
| AUTO & BIZ INS | 300 |
| ANGIES LIST | 300 |
| FUEL | 1200 |
| ACCIDENT INS | 75 |
| AUTO + EQUIPMENT REPAIRS | 1500 |
| COLUMBIA GAS | 250 |
| ELECTRIC | 175 |
| CABLE | 250 |
| PHONE | 125 |
| ~~BANKRUPTCY~~ | ~~2000~~ |
| LABOR | 3000 |

MATERIALS 3700

TOTAL EXPENSES: $ 11,875

Net profit or (loss) for month: $ + 1525

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

16

MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: RALPH LOUIS LUICK SR

Case No. _____

Month MARCH    Year 2019

Gross receipts for month: 7500
(If more than one source, list each) 300 WOOD SALES

TOTAL GROSS RECEIPTS: $ 7800

Business expenses paid:

| Description | Amount | |
|---|---|---|
| AUTO + BIZ INS | 1500 | LABOR 1500 |
| ANGIES LIST | 300 | MATERIALS 900 |
| FUEL | 900 | |
| INS ACCUMENT | 75 | |
| AUTO REPAIRS + EQUIPMENT | 250 | |
| COLUMBIA GAS | 200 | |
| ELECTRIC | 150 | |
| CABLE | 250 | |
| PHONE | 125 | |
| ~~BANKRUPTCY CT~~ | ~~2000~~ | |

TOTAL EXPENSES: $ ~~8100~~ 6150

Net profit or (loss) for month $ -300

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

16

MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: RALPH LEWIS LUICK SR

Case No. _____

Month FEB        Year 2019

Gross receipts for month:          5000.00
(If more than one source, list each.)
                                   500 WOOD RECIEPTS


TOTAL GROSS RECEIPTS:   $ 5500

Business expenses paid:

| Description | Amount |
|---|---|
| AUTO & BIZ INS | 1,300 |
| ANGES LIST | 300 |
| FUEL | 600 |
| INSURANCE ACCIDENT | 75 |
| REINSPECTION AUTO & REPAIR | 475 |
| COLUMBIA GAS | 250 |
| ELECTRIC | 300 |
| CABLE | 250 |
| PHONE | 125 |
| BANKRUPTCY CT | 2000 |
| LABOR | 1200 |

TOTAL EXPENSES: $ 6875

Net profit or (loss) for month: $ -1,375

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

16

MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: RALPH LOUIS LUICK SR

Case No. _____

Month JAN                Year 2019

Gross receipts for month:            3500   WORK
(If more than one source, list each)
                                      500   WOOD SALES

TOTAL GROSS RECEIPTS:  $ 4000 00

Business expenses paid:

| Description | Amount | |
|---|---|---|
| INS BIZ & AUTO | 1000 00 | PHONES 125 |
| YMCA | 88 00 | |
| FUEL | 300 00 | |
| INS ACCEDENT | 75 00 | |
| REPAIRS AUTO | 700 00 | |
| GAS COLUMBIA | 250 00 | |
| ELECTIC | 200 | |
| LABOR | 600 00 | |
| BANKRUPSCY CT | 2000 00 | |
| ANGIES LIST | 300 | |
| CABLE | 250 | RLL |

TOTAL EXPENSES: $ ~~5888~~ 5,888

Net profit or (loss) for month: $ ~~1888~~ -1,888

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED