**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22989−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Ralph Louis Luick Sr.
   1287 Route 68
   Rochester, PA 15074

Social Security No.:
   xxx−xx−7070

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Robert B. Marcus<br>436 Seventh Avenue<br>Suite 220 Koppers Building<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−9991 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 28, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 28, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/27/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ralph Louis Luick, Sr.  
    Debtor

Case No. 19-22989-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: hsmi    Page 1 of 2    Date Rcvd: Sep 27, 2019  
                     Form ID: rsc13    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.

```
db           +Ralph Louis Luick, Sr.,    1287 Route 68,    Rochester, PA 15074-2702
15095797     +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
15095798    #+Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
15125631      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15095804     +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
               New Kensington, PA 15068-0560
15095805     +Eastern Revenue Inc,    Attn: Bankruptcy Dept.,    601 Dresher Rd. Suite 301,
               Horsham, PA 19044-2238
15095806     +Fleet Services of America,    Mag. District 36-2-02,    175 Friendship Circle,
               Beaver, PA 15009-1395
15095807     +Genesis Medical Assoc.,    8150 Perry Highway,    Pittsburgh, PA 15237-5232
15095811     +Nationwide Recovery,    501 Shelley Dr Ste 300,    Tyler, TX 75701-9553
15095813      Pettit, Spontak & Mihok,    BNY Mellon Center,    Suite 2900,    Pittsburgh, PA 15212
15095814      Resurgent,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15095815     +Spirit Shop,    P.O. Box 535816,    Grand Prairie, TX 75053-5816
15095817     +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15095816     +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 02:44:29     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Sep 28 2019 02:45:08     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:06
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15095799     +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2019 02:44:18     Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15116833     +E-mail/Text: bnc@atlasacq.com Sep 28 2019 02:44:18     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
15095801     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2019 02:45:02
               Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1873
15095802     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:43     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15104167      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:02:27
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15095808      E-mail/Text: cio.bncmail@irs.gov Sep 28 2019 02:44:20     IRS,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
15095809     +E-mail/Text: bncnotices@becket-lee.com Sep 28 2019 02:44:19     Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
15095812     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 02:44:28     PA Dept. of Revenue,
               Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0001
15105633     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 02:44:28
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
15097449     +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:23     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr            BAYVIEW LOAN SERVICING, LLC
15095810      Melanie Ann Stemler
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15095800*    +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15123844*    +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15095803*    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0315-2           User: hsmi                   Page 2 of 2                    Date Rcvd: Sep 27, 2019
                               Form ID: rsc13               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```