**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–22989–GLT**

In re: Debtor(s) (name(s) used by the debtor in the last 6 years, including married, maiden, trade, and address):
Ralph Louis Luick Sr.
1287 Route 68
Rochester, PA 15074

Social Security No.:
xxx–xx–7070

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
| Robert B. Marcus | Ronda J. Winnecour |
| 436 Seventh Avenue | Suite 3250, USX Tower |
| Suite 220 Koppers Building | 600 Grant Street |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| Telephone number:  412–391–9991 | Telephone number:  412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
| December 2, 2019 | December 2, 2019 |
| 01:00 PM | 01:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>10/31/19</u>

BY THE COURT

<u>Gregory L. Taddonio</u>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22989-GLT
Ralph Louis Luick, Sr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas          Page 1 of 2          Date Rcvd: Oct 31, 2019
                             Form ID: rsc13       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db           +Ralph Louis Luick, Sr.,   1287 Route 68,   Rochester, PA 15074-2702
15095797     +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
15095798     #+Allied Interstate,   P.O. Box 361445,   Columbus, OH 43236-1445
15125631     Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15095804     +Collection Service Center, Inc.,   Attn: Bankruptcy,   Po Box 560,
              New Kensington, PA 15068-0560
15095805     +Eastern Revenue Inc,   Attn: Bankruptcy Dept.,   601 Dresher Rd. Suite 301,
              Horsham, PA 19044-2238
15095806     +Fleet Services of America,   Mag. District 36-2-02,   175 Friendship Circle,
              Beaver, PA 15009-1395
15095807     +Genesis Medical Assoc.,   8150 Perry Highway,   Pittsburgh, PA 15237-5232
15095811     +Nationwide Recovery,   501 Shelley Dr Ste 300,   Tyler, TX 75701-9553
15095813     Pettit, Spontak & Mihok,   BNY Mellon Center,   Suite 2900,   Pittsburgh, PA 15212
15095814     Resurgent,   Care Of Resurgent Capital Serv,   Greenville, SC 29602
15095815     +Spirit Shop,   P.O. Box 535816,   Grand Prairie, TX 75053-5816
15095817     +UPMC,   P.O. Box 371472,   Pittsburgh, PA 15250-7472
15095816     +United Rev,   Po Box 1184,   Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 02:32:02     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Nov 01 2019 02:32:20    Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 02:28:04
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15133531     E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2019 02:31:43    Ally Bank,   PO Box 130424,
              Roseville MN 55113-0004
15095799     +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2019 02:31:43    Ally Financial,
              Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
15133529     E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2019 02:31:43    Ally Financial,
              PO Box 130424,   Roseville MN 55113-0004
15116833     +E-mail/Text: bnc@atlasacq.com Nov 01 2019 02:31:44    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
15095801     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 01 2019 02:32:14
              Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1873
15136488     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 01 2019 02:32:14
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd, 5th Floor,
              Coral Gables, FL 33146-1837
15136417     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 02:28:10
              CVI SGP-CO Acquisition Trust,   c/o Resurgent Capital Services,   P O Box 10587,
              Greenville, SC 29603-0587
15095802     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 02:28:05    Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15104167     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 02:29:17
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC 28272-1083
15095808     E-mail/Text: cio.bncmail@irs.gov Nov 01 2019 02:31:47     IRS,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
15095809     +E-mail/Text: bncnotices@becket-lee.com Nov 01 2019 02:31:46    Kohls/Capital One,
              Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
15095812     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 02:32:02    PA Dept. of Revenue,
              Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0001
15105633     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 02:32:02
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
15097449     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 02:28:02    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BAYVIEW LOAN SERVICING, LLC
cr           Resurgent Capital Services, LP, d/b/a CVI SGP-CO A
15095810     Melanie Ann Stemler
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
15095800*    +Ally Financial,   Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
15123844*    +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
15095803*    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                     TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: dpas              Page 2 of 2              Date Rcvd: Oct 31, 2019
                              Form ID: rsc13          Total Noticed: 31
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Resurgent Capital Services, LP, d/b/a CVI SGP-CO
               Acquisition Trust PitEcf@weltman.com,  PitEcf@weltman.com
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6
```