FILED
12/4/19 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Case No.:    19-22989-GLT
                                          :    Chapter:     13
Ralph Louis Luick, Sr.                    :
                                          :
                                          :    Date:        12/4/2019
            Debtor(s).                    :    Time:        09:00

## PROCEEDING MEMO

**MATTER:** #35 - Motion for Relief from Stay Filed by Bayview Loan Servicing
#42 - Response filed by Trustee

**APPEARANCES:**

Trustee:  Owen Katz
Bayview:  James Warmbrodt

**NOTES:** (9:07)

Warmbrodt: I'm here to withdraw the motion.

Katz: There was a 341 meeting, but no interim confirmation order was entered.

Court: Is there an issue with the taxes not being filed?

Katz: Not that I'm aware of.

Court: I will enter an interim confirmation order.

**OUTCOME:**

1. Bayview Loan Servicing's *Motion for Relief from Stay* [Dkt. No. 35] is DENIED as withdrawn. [Text Order to Issue]

2. The Court will enter an Interim Confirmation Order. [DB to issue]

**DATED:** 12/4/2019