**FILING FEE PAID*  (Yes) / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Luick, Sr._____ JAD/TPA/CMB/(GLT)

Case Number: __19-22989__

Date of Meeting: __12/2/19__   Recording # __14__

Debtor(s) present __✓__ or Not Present ___ ( __ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Marcus Steinberg__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __8/23/19__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

2018 taxes unfiled

— taxes.

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
   ___ Order to Show Cause Requested
   ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
   ___ 341 Meeting  /OR __X__ Conciliation Conf. OR ___ *Contested Hearing
   On __2/6/20__ at __9:00__ (am)/pm Location __3250__

_____
Chapter 13 Trustee/Attorney for Trustee