# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** RALPH LOUIS LUICK
**Case Number:** 19-22989-GLT   **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 06, 2020 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#21 - Final Confirmation of Plan Dated 8/23/2019 (NFC)
R / M #: 21 / 0

### *Appearances:*

Debtor: Moray (?)
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Handwritten note:* Need confirmation 2018 returns have all been filed.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **4/23/20** at **9:30 AM**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

FEB -6 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/29/2020   3:32:12PM