**Form RSC Conciliation (Reschedule Conciliation−COVID**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ralph Louis Luick Sr.** | : | Case No. 19−22989−GLT |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

  *AND NOW,* this ***The 1st of April, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 09:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 1, 2020

cm: Debtor
  Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 19-22989-GLT
Ralph Louis Luick, Sr.                                                  Chapter 13
                 Debtor             CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                   Page 1 of 2                   Date Rcvd: Apr 01, 2020
                               Form ID: RSCcon3             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Ralph Louis Luick, Sr.,    1287 Route 68,    Rochester, PA 15074-2702
15095797       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
15125631        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15095804       +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
15095805       +Eastern Revenue Inc,    Attn: Bankruptcy Dept.,    601 Dresher Rd. Suite 301,
                 Horsham, PA 19044-2238
15095806       +Fleet Services of America,    Mag. District 36-2-02,    175 Friendship Circle,
                 Beaver, PA 15009-1395
15095807       +Genesis Medical Assoc.,    8150 Perry Highway,    Pittsburgh, PA 15237-5232
15095811       +Nationwide Recovery,    501 Shelley Dr  Ste 300,    Tyler, TX 75701-9553
15095813        Pettit, Spontak & Mihok,    BNY Mellon Center,    Suite 2900,    Pittsburgh, PA 15212
15095814        Resurgent,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15095815       +Spirit Shop,    P.O. Box 535816,    Grand Prairie, TX 75053-5816
15095817       +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15095816       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 02 2020 04:40:12     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15133531        E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32     Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
15095799       +E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15133529        E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15116833       +E-mail/Text: bnc@atlasacq.com Apr 02 2020 04:37:41     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
15095801       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 02 2020 04:39:51
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
15136488       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 02 2020 04:39:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
15136417       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:49:47
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    P O Box 10587,
                 Greenville, SC 29603-0587
15095802       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:49:36     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15104167        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:48:21
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15095808        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 02 2020 04:38:00     IRS,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
15095809       +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:37:50     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
15095812       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:38:35     PA Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0001
15105633       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:38:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
15097449       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              Resurgent Capital Services, LP, d/b/a CVI SGP-CO A
15095810        Melanie Ann Stemler
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15095800*      +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15123844*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15095803*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15095798       ##+Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
                                                                                               TOTALS: 3, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Apr 01, 2020
                               Form ID: RSCcon3        Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

```
          Garry Alan Masterson    on behalf of Creditor    Resurgent Capital Services, LP, d/b/a CVI SGP-CO
           Acquisition Trust BnkEcf-PA@weltman.com, pitecf@weltman.com
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```