WWR# 040489004

FILED
7/2/20 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 19-22989-GLT |
| RALPH LOUIS LUICK, SR., | CHAPTER NO. 13 |
| Debtor, | Related to Doc. No.: 21, 33, 46, 51 & 54 |
| RESURGENT CAPITAL SERVICES, LP, D/B/A, CVI SGP-CO ACQUISITION TRUST, | Hearing Date & Time: 7/16/2020 at 9:30 am |
| Movant, | |
| RALPH LOUIS LUICK SR., | |
| Respondent. | |

**STIPULATION AS TO THE TREATMENT OF RESURGENT CAPITAL SERVICES, LP, D/B/A CVI SGP-CO ACQUISITION TRUST'S SECURED CLAIM AT CLAIM NO. 8-1**

NOW this __2nd Day of July__, 2020, upon agreement of the parties; it is ORDERED, ADJUDGED AND DECREED:

1. That with regard to the Debtor's Miscellaneous Jewelry, Resurgent Capital Services, LP, d/b/a CVI SGP-CO Acquisition Trust is deemed to have a secured claim in the amount of $3,939.28 with the interest rate of 0.00%. The remaining balance of $3,939.28 shall be treated as unsecured at a rate of 0%.

2. That the secured claim of Resurgent Capital Services, LP, d/b/a CVI SGP-CO Acquisition Trust shall be paid in full over the life of the plan.

3. That the terms of this agreement shall be deemed incorporated into the Debtor's Chapter 13 Plan and the Trustee may begin to make distributions to Resurgent Capital Services, LP, d/b/a CVI SGP-CO Acquisition Trust.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson | /s/ Robert B Marcus | /s/ Kate DeSimone |
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson | Robert B. Marcus | 600 Grant Street |
| 965 Keynote Circle | 436 7th Ave Ste 220 | Suite 3250 |
| Brooklyn Heights, OH 44131 | Pittsburgh, PA 15219-1818 | Pittsburgh, PA 15219 |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22989-GLT
Ralph Louis Luick, Sr.                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dpas              Page 1 of 1              Date Rcvd: Jul 02, 2020
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db          +Ralph Louis Luick, Sr.,    1287 Route 68,    Rochester, PA 15074-2702
            +Kate DeSimone,    600 Grant Street,    Suite 3250,    Pittsburgh, PA  15219,    US 15219-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Resurgent Capital Services, LP, d/b/a CVI SGP-CO A
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
              Garry Alan Masterson    on behalf of Creditor    Resurgent Capital Services, LP, d/b/a CVI SGP-CO Acquisition Trust pitecf@weltman.com
              James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Ralph Louis Luick, Sr. attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6