Case 19-22989-GLT    Doc 58    Filed 07/21/20    Entered 07/21/20 17:15:32    Desc Main
Document    Page 1 of 1

FILED
7/21/20 5:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: RALPH LOUIS LUICK
- Case Number: 19-22989-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JULY 16, 2020 09:30 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#21 - Final Confirmation of Plan Dated 8/23/2019 (NFC)
R / M #: 21 / 0

**Appearances:**

- Debtor: Murray
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 10/22/20 at 1:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*
- IRS POC has 2018 taxes estimated
- Can it fix amended POC by IRS or objection.
- Debtor asserts 2018 return was filed.