Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ralph Louis Luick Sr.** | : | Case No. 19−22989−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 72 and 73 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 21st of July, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) Notwithstanding dismissal, the Court hereby retains jurisdiction to compel and enforce compliance with any Order imposing sanctions in this case.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22989-GLT |
| Ralph Louis Luick, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Jul 21, 2021 | Form ID: 309 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Louis Luick, Sr., 1287 Route 68, Rochester, PA 15074-2702 |
| 15095797 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15095804 | + | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15095805 | + | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15095806 | + | Fleet Services of America, Mag. District 36-2-02, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15095807 | + | Genesis Medical Assoc., 8150 Perry Highway, Pittsburgh, PA 15237-5232 |
| 15095811 | + | Nationwide Recovery, 501 Shelley Dr Ste 300, Tyler, TX 75701-9553 |
| 15095813 | | Pettit, Spontak & Mihok, BNY Mellon Center, Suite 2900, Pittsburgh, PA 15212 |
| 15095814 | | Resurgent, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 15095815 | #+ | Spirit Shop, P.O. Box 535816, Grand Prairie, TX 75053-5816 |
| 15095817 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15095816 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: ATLASACQU | Jul 22 2021 03:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Jul 21 2021 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + EDI: RECOVERYCORP.COM | Jul 22 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15116833 | EDI: ATLASACQU | Jul 22 2021 03:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15133531 | EDI: GMACFS.COM | Jul 22 2021 03:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15095799 | + EDI: GMACFS.COM | Jul 22 2021 03:33:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15133529 | EDI: GMACFS.COM | Jul 22 2021 03:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15095801 | + EDI: LCIBAYLN | Jul 22 2021 03:33:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15136488 | + EDI: LCIBAYLN | Jul 22 2021 03:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce de |

Case 19-22989-GLT    Doc 75    Filed 07/23/21    Entered 07/24/21 00:34:38    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: 309 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15136417 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 23:38:02 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, P O Box 10587, Greenville, SC 29603-0587 |
| 15095802 | + | EDI: CAPITALONE.COM | Jul 22 2021 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15104167 | | EDI: CAPITALONE.COM | Jul 22 2021 03:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15125631 | | EDI: BL-BECKET.COM | Jul 22 2021 03:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301910 | + | EDI: LCIBAYLN | Jul 22 2021 03:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 15095808 | | EDI: IRS.COM | Jul 22 2021 03:33:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15095809 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2021 23:29:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15363141 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 23:38:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15095812 | + | EDI: PENNDEPTREV | Jul 22 2021 03:33:00 | PA Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15095812 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2021 23:29:00 | PA Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15105633 | + | EDI: PENNDEPTREV | Jul 22 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15105633 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15097449 | + | EDI: RMSC.COM | Jul 22 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Resurgent Capital Services, LP, d/b/a CVI SGP-CO A |
| 15095810 | | Melanie Ann Stemler |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15123844 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15095800 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15095803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15095798 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Jul 21, 2021 | Form ID: 309 | Total Noticed: 32 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Resurgent Capital Services  LP, d/b/a CVI SGP-CO Acquisition Trust pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert B. Marcus | on behalf of Debtor Ralph Louis Luick  Sr. attnyrobmarcus@yahoo.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8