**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RALPH LOUIS LUICK, SR.                    Case No.:19-22989 GLT

           Debtor(s)

Ronda J. Winnecour                        Document No.:
        Movant
        vs.
No Respondents.

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 07/30/2019  and confirmed on 12/04/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 55,232.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,227.01 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,310.00 | |
| Trustee Fee | 3,320.58 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,630.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| COMMUNITY LOAN SERVICING LLC | 0.00 | 35,188.36 | 0.00 | 35,188.36 |
| Acct: 1923 | | | | |
| COMMUNITY LOAN SERVICING LLC | 29,643.68 | 9,316.18 | 0.00 | 9,316.18 |
| Acct: 1923 | | | | |
| LVNV FUNDING LLC | 3,939.28 | 1,194.58 | 0.00 | 1,194.58 |
| Acct: 2035 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,287.99 | 352.66 | 98.78 | 451.44 |
| Acct: 7070 | | | | |
| INTERNAL REVENUE SERVICE* | 9,937.39 | 2,770.06 | 675.81 | 3,445.87 |
| Acct: 7070 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE KA | 1,479.15 | 0.00 | 0.00 | 0.00 |
| Acct: 2677 | | | | |
| | | | | 49,596.43 |
| Priority | | | | |
| ROBERT B MARCUS ESQ PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RALPH LOUIS LUICK, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-22989 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RALPH LOUIS LUICK, SR. | 4.99 | 4.99 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT B MARCUS ESQ PC++ | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| BEAVER COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| COMMUNITY LOAN SERVICING LLC | 900.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1923 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3939 | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3724 | | | | |
| ALLY BANK** | 538.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5634 | | | | |
| ALLY FINANCIAL** | 368.09 | 0.00 | 0.00 | 0.00 |
| Acct: 3971 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0030 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 328.38 | 0.00 | 0.00 | 0.00 |
| Acct: 5641 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XUZSO | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4368 | | | | |
| FLEET SERVICES/FLEET PA SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4558 | | | | |
| CAPITAL ONE NA** | 291.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0489 | | | | |
| NATIONWIDE RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6630 | | | | |
| PETTIT & MIHOK PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPIRIT SHOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5297 | | | | |
| UNITED REVENUE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6234 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6572 | | | | |
| INTERNAL REVENUE SERVICE* | 8,688.99 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| LVNV FUNDING LLC | 3,939.28 | 0.00 | 0.00 | 0.00 |
| Acct: 2035 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-22989 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                          49,596.43

TOTAL CLAIMED
PRIORITY            900.00
SECURED          46,287.49
UNSECURED        14.154.73

Date: 07/30/2021                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com