FILED
8/3/21 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22989 GLT |
| Ralph Louis Luick, Sr., ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Ralph Louis Luick, Sr., ) | |
| *Movant* ) | |
| ) | Related to Docket No. 77 |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee and Office of the US Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit this  3rd Day of August  , 2021, upon consideration of the Motion for Approval of Substitute Counsel for Debtor, it is hereby ORDERED, ADJUDGED and DECREED that Julie Frazee Steidl, Esquire and Steidl and Steinberg, PC are hereby approved as substitute counsel for the debtor, Ralph Louis Luick, Sr., in this Chapter 13 Bankruptcy case.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph Louis Luick, Sr.  
    Debtor

Case No. 19-22989-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2  
Date Rcvd: Aug 03, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ralph Louis Luick, Sr., 1287 Route 68, Rochester, PA 15074-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com

Garry Alan Masterson  
    on behalf of Creditor Resurgent Capital Services LP, d/b/a CVI SGP-CO Acquisition Trust pitecf@weltman.com

Julie Frazee Steidl  
    on behalf of Debtor Ralph Louis Luick Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Aug 03, 2021     Form ID: pdf900     Total Noticed: 1

Maria Miksich
                         on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Robert B. Marcus
                         on behalf of Debtor Ralph Louis Luick  Sr. attnyrobmarcus@yahoo.com

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

TOTAL: 9