FILED
8/3/21 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22989 GLT |
| Ralph Louis Luick, Sr., ) | Chapter 13 |
| *Debtor* ) | Related to Docket No. 74 & 79 |
| ) | |
| Ralph Louis Luick, Sr., ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

**ORDER OF COURT**

AND NOW, to wit, this ____3rd Day of August____, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that the Order Dismissing the Debtor's Chapter 13 Case is vacated, the Automatic Stay is reinstated, and the Chapter 13 Trustee's Bond is reinstated.. It is further ORDERED, ADJUDICTATED and DECREED that the above captioned case is hereby REOPENED and the case is REINSTATED.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph Louis Luick, Sr.  
    Debtor

Case No. 19-22989-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 3  
Date Rcvd: Aug 03, 2021      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Louis Luick, Sr., 1287 Route 68, Rochester, PA 15074-2702 |
| 15095797 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15125631 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15095804 | + | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15095805 | + | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15095806 | + | Fleet Services of America, Mag. District 36-2-02, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15095807 | + | Genesis Medical Assoc., 8150 Perry Highway, Pittsburgh, PA 15237-5232 |
| 15095811 | + | Nationwide Recovery, 501 Shelley Dr Ste 300, Tyler, TX 75701-9553 |
| 15095813 | | Pettit, Spontak & Mihok, BNY Mellon Center, Suite 2900, Pittsburgh, PA 15212 |
| 15095814 | | Resurgent, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 15095815 | #+ | Spirit Shop, P.O. Box 535816, Grand Prairie, TX 75053-5816 |
| 15095817 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15095816 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Aug 03 2021 23:11:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 03 2021 23:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:20:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15116833 | | Email/Text: bnc@atlasacq.com | Aug 03 2021 23:11:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15133531 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15095799 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15133529 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15095801 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 03 2021 23:11:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |

Case 19-22989-GLT    Doc 87    Filed 08/05/21    Entered 08/06/21 00:29:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15136488 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Aug 03 2021 23:11:00 | | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15136417 | + | Email/PDF: resurgentbknotifications@resurgent.com Aug 03 2021 23:10:34 | | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, P O Box 10587, Greenville, SC 29603-0587 |
| 15095802 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2021 23:10:23 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15104167 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2021 23:10:23 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15301910 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Aug 03 2021 23:11:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 15095808 | | Email/Text: sbse.cio.bnc.mail@irs.gov Aug 03 2021 23:11:00 | | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15095809 | + | Email/Text: PBNCNotifications@peritusservices.com Aug 03 2021 23:11:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15363141 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 03 2021 23:10:34 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15095812 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2021 23:11:00 | | PA Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15105633 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2021 23:11:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15097449 | + | Email/PDF: gecsedi@recoverycorp.com Aug 03 2021 23:10:33 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Resurgent Capital Services, LP, d/b/a CVI SGP-CO A |
| 15095810 | | Melanie Ann Stemler |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15123844 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15095800 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15095803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15095798 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: dpas | Page 3 of 3
Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 32

Date: Aug 05, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Resurgent Capital Services LP, d/b/a CVI SGP-CO Acquisition Trust pitecf@weltman.com

Julie Frazee Steidl
on behalf of Debtor Ralph Louis Luick Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert B. Marcus
on behalf of Debtor Ralph Louis Luick Sr. attnyrobmarcus@yahoo.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9