**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ralph Louis Luick Sr.**
   Debtor(s)

Bankruptcy Case No.: 19−22989−GLT
Related to Docket No. 78
Chapter: 13
Docket No.: 83 − 78
Concil. Conf.: September 30, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____      _____
                    (Date)                                                (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph Louis Luick, Sr.  
    Debtor

Case No. 19-22989-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 2  
Date Rcvd: Aug 04, 2021     Form ID: 151     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Louis Luick, Sr., 1287 Route 68, Rochester, PA 15074-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Resurgent Capital Services LP, d/b/a CVI SGP-CO Acquisition Trust pitecf@weltman.com |
| Julie Frazee Steidl | on behalf of Debtor Ralph Louis Luick Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 2 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: 151 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8