**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ralph Louis Luick Sr.**
   Debtor(s)

Bankruptcy Case No.: 19–22989–GLT
Related to Docket No. 78
Chapter: 13
Docket No.: 83 – 78
Concil. Conf.: September 30, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___9th_____ day of __August_____, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      First Class US Mail

on the respondent(s) at (list names and addresses here):

      See attached mailing matrix.

Executed on __August 9, 2021_____     _/s/ Julie Frazee Steidl_____
        (Date)                                             (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22989-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Aug  9 11:49:32 EDT 2021 | Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236-1445 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1873 |
| CVI SGP-CO Acquisition Trust<br>c/o Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Collection Service Center, Inc.<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146-1873 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Eastern Revenue Inc<br>Attn: Bankruptcy Dept.<br>601 Dresher Rd. Suite 301<br>Horsham, PA 19044-2238 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Fleet Services of America<br>Mag. District 36-2-02<br>175 Friendship Circle<br>Beaver, PA 15009-1395 | Genesis Medical Assoc.<br>8150 Perry Highway<br>Pittsburgh, PA 15237-5232 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ralph Louis Luick Sr.<br>1287 Route 68<br>Rochester, PA 15074-2702 |
| Garry Alan Masterson<br>c/o Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Brooklyn Hts., OH 44131-1829 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Nationwide Recovery<br>501 Shelley Dr  Ste 300<br>Tyler, TX 75701-9553 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Dept. of Revenue<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0001 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pettit, Spontak & Mihok<br>BNY Mellon Center<br>Suite 2900<br>Pittsburgh, PA 15212 | Resurgent<br>Care Of Resurgent Capital Serv<br>Greenville, SC 29602 | Spirit Shop<br>P.O. Box 535816<br>Grand Prairie, TX 75053-5816 |
| Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 |
| United Rev<br>Po Box 1184<br>Langhorne, PA 19047-6184 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)Community Loan Servicing, LLC | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (u)Melanie Ann Stemler | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (u)Resurgent Capital Services, LP, d/b/a CVI |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46