# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ralph Louis Luick Sr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**COMMUNITY LOAN SERVICING, LLC**<br>　　　　　　　　　　**Movant**<br>　　　　　vs.<br><br>**Ralph Louis Luick Sr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour, Trustee** | **BK NO. 19-22989 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 9** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 07, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ralph Louis Luick Sr.
1287 Route 68
Rochester, PA 15074

Attorney for Debtor(s)
Julie Frazee Steidl, 707 Grant Street, Suite 2830
Gulf Building
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: September 07, 2021

　　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich Esquire**
　　　　　　　　　　　　　　　　　　　　　Maria Miksich Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　412-430-3589
　　　　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com